THE UNITED STATES DISTRICT COURT
FOR
THE MIDDLE DISTRICT OF LOUISIANA

UNITED STATES

VS.                                                                 3:24-CR-14-SDD-EWD

CHEVEZ ROBILLARD
**************************************************************************

**DEFENDANT CHEVEZ ROBILLARD'S PROPOSED VOIR DIRE QUESTIONS**

**NOW INTO COURT**, through undersigned counsel comes the Defendant, **CHEVEZ ROBILLARD**, who respectfully requests that the following Voir Dire questions be asked to prospective jurors, in addition to those which the Court normally asks. The following are suggested topics and specific questions requested of the Court.

**Topics**

1. Duty of the jury to not judge innocence or guilt, but to stand in judgment of the Government's case against the Defendants.

2. Duty of the jury to judge the Government's case against the Defendants separately and independently.

3. Defendant's 5th Amendment Rights

**Proposed Voir Dire Questions**

1. This case concerns drug addiction. Many people have friends and family members who are or who have been addicted to drugs and have witnessed the negative effect that drug abuse can have on families. Do any of you have any friends or family members suffering now, or in the past from drug addiction? If so, please

tell us about it. Also, would the fact that this case involves drugs have any effect on you from giving either side fair consideration?

2. Does anyone have any experience in the entertainment or sports industries? If so, describe your experiences.

3. Does anyone have worked in the insurance industry? If so, what is your work experience?

4. Anyone ever had an insurance claim denied? If so, describe the type of claim and the reason for the denial.

5. Can you think of a reason why someone other than a family member would have a life insurance policy on an individual?

6. Do you think non-family members should have a life insurance policy on an individual?

7. Should an employer be able to put a life insurance policy on an employee?

8. Do you consider the entertainment industry high risk? If so, why do you consider the entertainment industry high risk?

9. Do you see a reason why a record label or management company would want to put a life insurance policy their artists?

10. Some people believe that if they were ever accused of something that they did not do, they would come to court and "tell their side of the story." However, the defendant has the right not to testify at his trial. This Court will instruct you that you are not to hold this constitutional right against Mr. Hilton during your deliberations if he chooses not to testify. Nevertheless, and despite that instruction, some people may believe that if a defendant does not testify at his

trial, he must be guilty. Accordingly, please tell us your feelings on the following topics:

    a)  Do you think Mr. Robillard should testify?

    b)  How would his failure to testify affect your opinion of whether he is guilty or not guilty in this case?

    c)  Does anyone require Mr. Robillard to testify in his own defense? If so, why?

    d)  Why do you think Mr. Robillard might choose not to testify?

11.    The fact that the Defendant is being prosecuted by the Federal Government instead of the state district attorney or city prosecutor's office diminishes his presumption of innocence?

12.    This case involves two defendants. Do you believe that someone can be fairly judged when tried alongside another individual?

13.    Would you be able to consider each defendant's case separately, even though they are being tried together?

14.    Have you ever had any experiences that might make it difficult for you to be objective in a case with multiple defendants?

15.    During deliberations you may find yourself in the super minority (9-3 or 8-4). Some people may feel that they are holding up the group or that they must have gotten wrong because there is a super majority voting the other way. Who would

be willing to compromise to appease the group? Who would stick to their convictions?

WHEREFORE, the Defendant, Chevez Robillard prays that the Proposed Voir Dire questions are asked in addition to those traditionally asked by the Court.

RESPECTFULLY SUBMITTED:

BEAULIEU LITIGATION GROUP

BY: ____/S/Ryan Beaulieu_____
RYAN J. BEAULIEU, ESQ
Bar Roll No, 39799
4962 Florida Blvd, 4th Floor
Baton Rouge, Louisiana 70806
Phone: 504.208.8536
Beaulieulitgroup@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above Defendant's Proposed Jury Instructions has been filed electronically with the Clerk of Court using CM/ECF system. Notice of this filing will be sent to Paul Pugliese and all attorneys of record, by operation of Court's electronic filing system.

Baton Rouge, Louisiana, on this 17th day of April, 2025.

RESPECTFULLY SUBMITTED:

BEAULIEU LITIGATION GROUP

BY: __/S/Ryan Beaulieu_____
RYAN J. BEAULIEU, ESQ
Bar Roll No, 39799
4962 Florida Blvd, 4th Floor
Baton Rouge, Louisiana 70806
Phone: 504.208.8536
Beaulieulitgroup@gmail.com